1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
3   NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7155
6       FAX: (415) 436-6748
        neill.tseng@usdoj.gov
7
    Attorneys for Defendant
8   SHERMAN KWOK

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  PEDRO RODRIGUEZ,                    )   CASE NO. C 13-4976 SI
                                        )
13          Plaintiff,                  )   [PROPOSED] ORDER GRANTING
                                        )   DEFENDANT'S ADMINISTRATIVE MOTION
14     v.                               )   TO CONTINUE HEARING ON DEFENDANT'S
                                        )   MOTION TO DISMISS OR, IN THE
15  SHERMAN KWOK,                       )   ALTERNATIVE, MOTION FOR MORE
                                        )   DEFINITE STATEMENT
16          Defendant.                  )
                                        )
17                                      )
    _____ )
18

19          Pursuant to Civil L.R. 7-11, Defendant, by and through his undersigned counsel, administratively

20  moved to continue the date of the hearing on Defendant's Motion to Dismiss or, In the Alternative,

21  Motion for More Definite Statement (Doc. #8) from January 17, 2014, at 9:00 a.m., to January 24, 2014,

22  at 9:00 a.m.  Having considered the papers, and good cause having been shown, the Court hereby

23  ~~GRANTS Defendant's administrative motion.  The hearing on Defendant's Motion to Dismiss or, In the~~

24  ~~Alternative, Motion for More Definite Statement is hereby continued to January 24, 2014, at 9:00 a.m.~~

25          **IT IS SO ORDERED.**

26  The Court determines that this matter is suitable for decision without oral argument pursuant to
    LR 7-1(b) and vacates the hearing.

27  Dated: _____
                12/11/13
28                                          _____
                                            SUSAN ILLSTON
                                            UNITED STATES DISTRICT SENIOR JUDGE

    [PROPOSED] ORDER GRANTING DEF.'S ADMIN. MOT. TO CONT. HRG. ON DEF.'S MOT. TO DISMISS OR, IN
    THE ALT., MOT. FOR MORE DEF. STATEMENT
    C 13-4976 SI                              1