MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
SHERMAN KWOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERMAN KWOK,<br><br>    Defendant. | CASE NO. C 13-4976 SI<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT |

Pursuant to Civil L.R. 7-11, Defendant, by and through his undersigned counsel, administratively moved to continue the date of the hearing on Defendant's Motion to Dismiss or, In the Alternative, Motion for More Definite Statement (Doc. #8) from January 17, 2014, at 9:00 a.m., to January 24, 2014, at 9:00 a.m.  Having considered the papers, and good cause having been shown, the Court hereby ~~GRANTS Defendant's administrative motion.  The hearing on Defendant's Motion to Dismiss or, In the Alternative, Motion for More Definite Statement is hereby continued to January 24, 2014, at 9:00 a.m.~~

**IT IS SO ORDERED.**

The Court determines that this matter is suitable for decision without oral argument pursuant to LR 7-1(b) and vacates the hearing.

Dated: 12/11/13

                                                                   SUSAN ILLSTON
                                                                   UNITED STATES DISTRICT SENIOR JUDGE