IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

    Plaintiff,

v.

SHERMAN KWOK,

    Defendant.

No. CV 13-4976 SI

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

On September 24, 2013, plaintiff, proceeding *pro se*, filed a complaint against defendant Sherman Kwok, a Special Agent with the United States Federal Bureau of Investigation, in San Mateo County Superior Court. Docket No. 1, Compl. On October 25, 2013, defendant removed the action to this Court pursuant to 28 U.S.C. § 1441 on the basis of federal question jurisdiction and pursuant to 28 U.S.C. § 1442(a)(1). Docket No. 1, Notice of Removal. On November 1, 2013, defendant filed a motion to dismiss plaintiff's complaint, or in the alternative, for a more definite statement. Docket No. 8. Hearing on that motion was set for January 17, 2013.[1]

On December 11, 2013, plaintiff filed a motion for an extension of time to file his opposition to defendant's motion to dismiss, Docket No. 20, and on December 13, 2013, plaintiff filed a first amended complaint. Docket No. 21. Plaintiff's first amended complaint renders defendant's motion to dismiss moot. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly,

---

[1] Confusion concerning plaintiff's proper mailing address caused some delay in setting the hearing. It now appears that plaintiff is actually in custody, but that his release may happen sometime soon.

the Court DENIES as moot defendant's motion to dismiss and DENIES as moot plaintiff's motion for extension of time to file an opposition. Docket Nos. 8, 20.

In addition, the Court ORDERS the Clerk to mail a copy of this order and all future orders to plaintiff at both "718 Cassia St., Redwood City, CA 94063" and "AL 3469, Devil's Garden Fire Camp, CC #40, P.O. Box 490, Alturas, CA 96101."

**IT IS SO ORDERED.**

Dated: December 16, 2013

SUSAN ILLSTON
United States District Judge