**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

    Plaintiff,

  v.

SHERMAN KWOK,

    Defendant.
_____/

No. C 13-04976 SI

**JUDGMENT**

Defendant's motion to dismiss has been granted without leave to amend. Accordingly, judgment is entered in favor of defendant and against plaintiff, without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 20, 2014

                                      SUSAN ILLSTON
                                      United States District Judge